State of Iowa v. Wilfred Thompson, Appellant.

**Appeal:** abstracts: presumptions. Where the record, on appeal, does not contain all the material evidence, it will be presumed that the instructions and rulings upon the evidence were correct, and the same will not be reviewed.

*Appeal from Johnson District Court.*— HON. O. A. BYING-
TON, Judge.

THURSDAY, OCTOBER 27, 1904.

THE. defendant was tried on an indictment charging
him with an assault with intent to commit murder, and was
convicted of an assault with intent to inflict a great bodily
injury. From a judgment on the verdict, he appeals.—
*Affirmed.*

*Holbert & Holbert,* for appellant.

*Chas. W. Mullan,* Attorney General, and *Lawrence De
Graff,* Assistant Attorney General, for the State.

SHERWIN, J.— The abstract filed by the appellant does
not purport to contain any part of the evidence introduced
by the State in support of the indictment, nor does it pur-
port to contain all of the evidence offered by the defendant.
The statement therein that it contains all of the evidence
necessary to a determination of the questions relied upon
by the appellant for a reversal of the case is denied by the
State, and no amendment to the abstract or certification of
the evidence has been made by the appellant, nor is the case
argued by the State. We have frequently held that, where
the record does not show that all of the material evidence
is before us, we must presume that the instructions and
rulings upon the introduction of evidence were correct,
and that we cannot review the case for the purpose of deter-
mining whether they were or not. *State v. Wyatt,* 76 Iowa,
328; *State v. Hogan,* 81 Iowa, 747; *State v. Kuhner,* 77
Iowa, 250. Upon the cross-examination of some of the
appellant's witnesses the county attorney asked questions
to which objections that they were incompetent and not
proper cross-examination were sustained, and we must, of

course, presume that these rulings were right. But we see nothing in the character of the questions asked or in the method of examination which demands a reversal of the case. It is therefore *affirmed.*